1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  JOHN A. GORDNIER
   Senior Assistant Attorney General
5  State Bar No. 45250
     455 Golden Gate Avenue, Suite 11000
6    San Francisco, CA 94102-7004
     Telephone: (415) 703-5894
7    Fax: (415) 703-1234
     Email: john.gordnier@doj.ca.gov
8  Attorneys for Respondents

9               IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HOWARD RICHARDSON,** | CIV S-97-2318 WBS DAD |
| Petitioner, | **STIPULATION AND ORDER** |
| v. | |
| **A. C. NEWLAND, et al., ,** | |
| Respondent. | |

Counsel for respondent hereby requests that this Court continue the hearing currently scheduled for May 12, 2006 to June 2, 2006.

Counsel makes this request because of the need to take time from work to relocate his widowed mother to Northern California from her present home in Southern California. Counsel's mother has been hospitalized on an emergency basis on three occasions since March of this year and can no longer live independently. The most recent episode occurred on April 26, 2006. She was transferred to the Community Hospital of the Monterey Peninsula where she is presently an in-patient. Her possessions must now be packaged and moved, and her home must be prepared for sale. Counsel for respondents is her only living child and the responsible person for her care.

/////

/////

Counsel for respondents has spoken with Petitioner's counsel, who has expressed no opposition to this motion. The Courtroom Clerk has been notified telephonically and has stated that the date is open.

Therefore, Counsel for respondent's requests that this matter be continued to June 2, 2006 at 10:00 a.m. before Magistrate Judge Dale A. Drozd.

Dated: May 4, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

ROBERT R. ANDERSON
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

/s/ John A. Gordnier
JOHN A. GORDNIER
Senior Assistant Attorney General

Attorneys for Respondents

SO ORDERED.

DATED: May 4, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
rich2318.ext