1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT HOWARD RICHARDSON,

11              Petitioner,                No. CIV S-97-2318 LKK DAD P

12          vs.

13  A. C. NEWLAND, et al.,

14              Respondents.              ORDER

15  _____/

16          A status conference was held in this matter on June 2, 2006, at 10:00 a.m. in the

17  courtroom of the undersigned.  Saor Eire Stetler appeared telephonically for petitioner.  John A.

18  Gordnier appeared for respondents.  Good cause appearing therefor, THE COURT MADE THE

19  FOLLOWING FINDINGS AND ORDERS and announced them to the parties in open court:

20          1. Petitioner shall file briefing addressing his claim of equitable tolling of the

21  statute of limitations contained in 28 U.S.C. § 2244(d) no later than July 3, 2006.

22          2. Respondents shall file  a responsive brief no later than August 4, 2006.

23          3. Petitioner may file a reply brief no later than August 21, 2006.

24  /////

25  /////

26  /////

1

1     4.  A further hearing on petitioner's claim of equitable tolling shall be held on

2  September 8, 2006 at 10:00 a.m. in courtroom No. 27.

3  DATED: June 2, 2006.

4

5  _____

   DALE A. DROZD
6  UNITED STATES MAGISTRATE JUDGE

7  DAD:8:rich2318.toll

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26