IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HOWARD RICHARDSON,

    Petitioner,                  No. CIV S-97-2318 LKK DAD P

    vs.

A. C. NEWLAND, et al.,

    Respondents.               ORDER

/

        Petitioner is a state prisoner proceeding through counsel with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Following a status conference on June 2, 2006, this court issued a scheduling order regarding a further hearing and the filing of briefs addressing petitioner's claim of equitable tolling of the statute of limitations contained in 28 U.S.C. § 2244(d).  On June 30, 2006, petitioner filed a request that the dates contained in the scheduling order be extended.  Good cause appearing, petitioner's request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Petitioner shall file briefing addressing his claim of equitable tolling of the statute of limitations contained in 28 U.S.C. § 2244(d) no later than July 17, 2006.

        2. Respondents shall filed a responsive brief no later than August 18, 2006.

        3. Petitioner may file a reply brief no later than September 5, 2006.

1

4. A further hearing on petitioner's claim of equitable tolling shall be held on September 29, 2006 at 10:00 a.m. in courtroom No. 27.

DATED: July 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

rich2318.eot

2