IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HOWARD RICHARDSON,

    Petitioner,                        No. CIV S-97-2318 LKK DAD P

    vs.

A. C. NEWLAND, et al.,

    Respondents.                    <u>ORDER</u>

/

        A hearing on petitioner's claim of entitlement to equitable tolling of the statute of limitations contained in 28 U.S.C. § 2244(d)(2) came on regularly for hearing on September 29, 2006, at 10:00 a.m. in the courtroom of the undersigned. Saor Eire Stetler appeared for petitioner. Counsel for respondents did not appear.

        Good cause appearing therefore, IT IS ORDERED that the hearing on petitioner's claim of equitable tolling is continued to October 10, 2006, at 10:00 a.m. in courtroom No. 27.

DATED: October 2, 2006.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
rich2318.hrg