IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HOWARD RICHARDSON,

      Petitioner,                    No. CIV S-97-2318 LKK DAD P

      vs.

A. C. NEWLAND, et al.,

      Respondents.                <u>ORDER</u>

_____/

      A hearing on petitioner's claim of entitlement to equitable tolling of the statute of limitations contained in 28 U.S.C. § 2244(d)(2) came on regularly for hearing on October 10, 2006. Saor Eire Stetler appeared for petitioner. John Gordnier appeared for respondents. Upon review of the briefs filed by the parties, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT MADE THE FOLLOWING FINDINGS AND ORDERS and announced them to the parties in open court:

      1. Within ten days from the date of this order, the parties may file letter briefs setting forth citations to cases deemed relevant to the issue before the court; and

/////

/////

/////

1

1          2.  Upon receipt of the parties' letter briefs, if any, the matter will stand submitted

2   to the court for decision.

3   DATED: October 10, 2006.

4

5                                              _____
                                               DALE A. DROZD
6                                              UNITED STATES MAGISTRATE JUDGE

7   DAD:8:
    rich2318.oah2
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26