IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HOWARD RICHARDSON,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY NEWLAND, Warden,<br><br>　　　　　　　　　　Respondent. | CIV S-97-2318 LKK DAD P<br><br>**ORDER** |

Respondent has requested an additional thirty days to file a response to Petitioner's supplemental authority in support of equitable tolling. GOOD CAUSE APPEARING, Respondent is granted thirty days from the date of this order to file a response.

DATED: February 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8:rich2318.eot2